| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

RICKYE CHARLES FONTENOT, §
§
        Plaintiff, §
§
*versus* §    CIVIL ACTION G-07-0524
§
OFFICER FERGUSON, *ET AL.*, §
§
        Defendants. §

## Opinion on Dismissal

The plaintiff filed this case while confined in the Galveston County Jail. The plaintiff was released from the jail and has failed to keep the court advised of his current address as required by Local Rule 83.4.

Under the court's inherent power to manage its own docket, this case will be dismissed for want of prosecution. *See* FED. R. CIV. P. 41(b); *Martinez v. Johnson*, 104 F.3d 769 (5th Cir. 1997).

Signed August \_\_10\_\_, 2009, at Houston, Texas.

Lynn N. Hughes
United States District Judge